# Snyder *v.* Pittsburgh Coal Co., Appellant.

Argued October 20, 1919. Appeal, No. 126, Oct. T., 1919, by defendant, from judgment of C. P. Allegheny Co., July T., 1919, No. 1787, for plaintiff on case stated in suit of Emma Jane Snyder v. Pittsburgh Coal Company. Before BROWN, C. J., MOSCHZISKER, FRAZER, WALLING and KEPHART, JJ. Affirmed.

OPINION BY MR. JUSTICE MOSCHZISKER, January 5, 1920:

All the material questions in this case are determined in Schaper v. the present defendant, the opinion in which is filed simultaneously herewith, 266 Pa. 154.

The assignments of error are overruled and the judgment is affirmed.